**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAIAH J. SAMPSON,<br><br>            Plaintiff,<br><br>      vs.<br><br>CALIFORNIA MEN'S COLONY CDCR et al.,<br><br>            Defendants. | Case No. CV 15-2786-PSG (JPR)<br><br>**J U D G M E N T** |

   Pursuant to the Order Dismissing Action for Failure to State a Claim and Failure to Prosecute,

   IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: June 22, 2015

                              PHILIP S. GUTIERREZ
                              U.S. DISTRICT JUDGE